IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>DAHRYL REYNOLDS,<br><br>      Defendant. | **Case No.:** CR 18–00158 JD<br><br>**[PROPOSED] ORDER TO EXCLUDE TIME UNTIL CHANGE OF PLEA ON DECEMBER 12, 2018**<br><br>**Court:**      Courtroom 11, 19th Floor |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the time from November 14, 2018 to December 12, 2018, should be excluded, under 18 U.S.C. §3161(H)(7)(A) and (B)(iv), for effective preparation of counsel taking into account due diligence. Based on the reasons provided in the stipulation, the Court finds that the ends of justice are served by the granting of the continuance and outweigh the best interests of the public and the defendant in a speedy and public trial.

**IT IS SO ORDERED.**

Dated:    November 20, 2018

_____

UNITED STATES DISTRICT COURT

IT IS SO ORDERED

Judge James Donato

NORTHERN DISTRICT OF CALIFORNIA