DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

MATTHEW L. McCARTHY (CABN 217871)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Matthew.McCarthy@usdoj.gov

Attorneys for United States of America

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 18-0158 JD |
| Plaintiff, | STIPULATED ORDER CONTINUING CHANGE-OF-PLEA HEARING |
| v. | |
| DAHRYL REYNOLDS | |
| Defendant. | |

| | |
|---|---|
| 1 | The above-captioned case is currently scheduled for a change-of-plea hearing on May 22, |
| 2 | 2019. However, the parties need additional time to conduct legal research regarding recent amendments |
| 3 | to the sentencing provisions of the Controlled Substances Act and related case law. Accordingly, the |
| 4 | parties jointly request that the change-of-plea hearing be continued to June 19, 2019. |
| 5 | Further, the parties stipulate and jointly request that time be excluded from the Speedy Trial Act |
| 6 | calculations from May 21, 2019 through June 19, 2019 for effective preparation and continuity of |
| 7 | counsel. The parties agree that the ends of justice served by granting such a continuance outweighed the |
| 8 | best interests of the public and the defendants in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). |
| 9 | IT IS SO STIPULATED. |

DATED May 21, 2019

DAVID L. ANDERSON
United States Attorney
Northern District of California

_____/s/_____
MATTHEW L. McCARTHY
Assistant United States Attorney

DATED May 21, 2019

_____/s/_____
JOYCE LEAVITT
Attorney for Defendant

DATED May 21, 2019

_____/s/_____
ALANNA COOPERSMITH
Advisory Attorney for Defendant

[PROPOSED] STIPULATED ORDER CONTINUING CHANGE-OF-PLEA HEARING
CR 18-0158

**ORDER**

For good cause shown, this matter shall be added to the Court's calendar on June 19, 2019 at 10:30 a.m. for a change-of-plea hearing.

In addition, for the reasons stated above, the Court finds that an exclusion of time from May 21, 2019 through June 19, 2019 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161 (h)(7)(A). The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED May 21, 2019

_____
HON. JAMES DONATO
United States District Court Judge

[PROPOSED] STIPULATED ORDER CONTINUING CHANGE-OF-PLEA HEARING
CR 18-0158