1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  LINA PENG (NYBN 5150032)
   Assistant United States Attorneys
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7224
7       FAX: (415) 436-7027
        Lina.Peng@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) NO. CR 18-00158 JD |
|---|---|
| Plaintiff, | ) STIPULATION [AND PROPOSED ORDER] AS TO ) EXHIBITS FOR EVIDENTIARY HEARING |
| v. | ) |
| DAHRYL REYNOLDS, | ) Hearing Date.:  January 29, 2020 ) Time:          10:30 AM |
| Defendant. | ) Court:         Hon. James Donato ) |

The Court ordered an evidentiary hearing on the defendant's motion to suppress in the above-captioned case to be held on January 29, 2020.

To facilitate the efficient and orderly conduct of the hearing, it is hereby stipulated and agreed by the United States, by and through its undersigned counsel, and defendant Dahryl Reynolds, by and through his undersigned counsel, as follows:

1. The exhibits marked below as Exhibits 1-16 may be used during the hearing.

2. For purposes of the hearing, the parties stipulate and agree that the metadata of Exhibit 1 and Exhibit 2, photographs titled "IMG_0516.JPG" and "IMG_0517.JPG," show that they were taken at about 06:02 AM and that metadata of the photograph titled "IMG_0519.JPG" show

that it was taken at about 08:13 AM.  The parties also stipulate and agree that the metadata of Exhibit 7, the pre-search video, show that it was taken at about 7:15 AM.

3. A copy of the exhibits will be provided to the Court in advance of the hearing by the government.

| Exhibit Number | Description | Applicable Bates Range/ ECF No. | Status |
|---|---|---|---|
| 1 | Photo "IMG_0516.JPG" | REYNOLDS-000345 | |
| 2 | Photo "IMG_0517.JPG" | REYNOLDS-000346 | |
| 3 | Screenshot of Files | ECF No. 42-3 | |
| 4 | Screenshot of Metadata of Search Photos | ECF No. 40-2 | |
| 5 | Search Warrant Affidavit | REYNOLDS-000009-REYNOLDS-000011 | |
| 6 | Search Warrant | REYNOLDS-000012 | |
| 7 | Pre-search Video "IMG_0518" | REYNOLDS-000434 | |
| 7-1 | Pre-search Video Screenshot | REYNOLDS-000434 | |
| 8 | Metadata of Pre-search Video | REYNOLDS-000481-REYNOLDS-000482 | |
| 9 | Search Warrant Return | REYNOLDS-000013-REYNOLDS-000015 | |
| 10 | Photographs of Room | REYNOLDS-000347-REYNOLDS-000356 | |
| 11 | Police Reports | REYNOLDS-000202-REYNOLDS-000275 | Marked for Identification |
| 12 | CAD Call for Service Report | REYNOLDS-000285-REYNOLDS-000298 | Marked for Identification |
| 13 | Declaration of Donovan Edwards | | Marked for Identification |
| 14 | Declaration of Samantha Martinez | | Marked for Identification |
| 15 | Declaration of Daniel Driscoll | | Marked for Identification |
| 16 | Declaration of Aaron Gasper | | Marked for Identification |

STIP. AND [PROPOSED ORDER] EVIDENTIARY HR'G
CR 18-00158 JD

| | | |
|---|---|---|
| 1 | DATED: January 27, 2020 | Respectfully submitted, |
| 2 | | DAVID L. ANDERSON |
| 3 | | United States Attorney |
| 4 | | _____/s/_____ |
| 5 | | LINA PENG<br>Assistant United States Attorney |
| 6 | | |
| 7 | DATED: January 27, 2020 | _____/s/_____<br>ALANNA COOPERSMITH |
| 8 | | Counsel for Dahryl Reynolds |

IT IS SO ORDERED.

Dated: January 28, 2020

_____
JAMES DONATO
United States District Judge

STIP. AND [PROPOSED ORDER] EVIDENTIARY HR'G
CR 18-00158 JD