UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>REYNOLDS,<br><br>          Defendant. | Case No. 4:18-cr-00158-JD-1<br><br>**ORDER RE SENTENCE REDUCTION** |

      Defendant Dahryl Lamont Reynolds is serving a 120-month custodial sentence for possession with intent to distribute methamphetamine, and being a felon in possession of firearm and ammunition, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), and 18 U.S.C. §§922(g)(1), 924(a)(2). *See* Dkt. No. 234. He filed pro se a request to reduce his sentence based on the 2023 Amendments to the Sentencing Guidelines. Dkt. No. 252. The Office of the Federal Public Defender has advised the Court that it will not represent Reynolds for the motion. Dkt. No. 253. The request is denied.

      The reason for denial is straightforward. Reynolds's motion does not specify which amendment might warrant a sentence reduction, but he appears to refer to § 2D1.1 of the Sentencing Guidelines, which limits the base offense level for defendants convicted under 21 U.S.C. § 841(b)(1)(A) to 38 or lower. USSG § 2D1.1. At sentencing, the Court determined Reynolds's base offense level to be 34. Dkt. No. 231 at 5:20-22. His base offense level is below the ceiling, and the amended sentencing guidelines would not alter the judgment.

      **IT IS SO ORDERED.**

Dated: August 15, 2024

JAMES DONATO
United States District Judge